

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00427-CR

Alan George **EVONISHON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR6721
Honorable Laura Lee Parker, Judge Presiding

PER CURIAM

Sitting:     Adrian A. Spears II, Justice
             H. Todd McCray, Justice
             Velia J. Meza, Justice

Delivered and Filed: November 12, 2025

MOTION TO DISMISS GRANTED, APPEAL DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion is signed by both appellant

and his attorney. *See* TEX. R. APP. P. 42.2(a). We, therefore, grant the motion and dismiss this

appeal. *See id.*

PER CURIAM